U.S. District Court of Middle Florida
Office of the Clerk: Hon Chief Judge
401 W Central Blvd #1200 Orlando Florida 32801
April 6, 2023

Edmundo N. Batoon
A petitioner

V.

Dept of Justice
Respondent

under 42 USC 1983
a civil rights Action
own solely

a complaint by Federal or
the law of the State for injury

FILED 2023 MAR 27 PM 4:3[?] US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO FLORIDA

Tax payer Damage or no discrimination by Jury
a writ of attachment, garnishment an owneship amount of damage is $ ~~Ten millions dollars~~. I am injured To
Reduce To Five millions dollars for earlier, not now
Redress required, for plus Ten Thousand dollars every month living cost, without Tax and citizenship papers. I want visit to Seoul Korea
a claims by Edmundo N. Batoon a pro se required

The Final decision
if. more Than End of November, 2022 I will plus charge Fifty millions dollars charged.
- Consolidated -
For my age's please pay in Full within Two Year for End of 2024. and a "merger" a limitation an estate by cash only one 10% now Cash one Time Pay Tax

Reason by no deportation for any crime
no discrimination

name: Edmundo N. Batoon
22313-050
Address: 4947 Valenzuela EXT
Sta Mesa, Manila
Philippines

an amended, a relief
a forthwith, an extend

Date: April 6, 2023

A notice of Appeal

U.S. District Court For the ~~Central~~ District of ~~California~~ Florida
Middle   April 6, 2023

Edmundo N. Batoon
A Petitioner

V.

Dept of Justice
Respondent

A notice of appeal

Docket no.
2:21-CV-07564 GW-KS

FILED 2023 MAR 27 PM 4:36 US DISTRICT COURT MIDDLE DISTRICT OF FL ORLANDO FLORIDA

a writ of certiorari
a use
an equitable ownership
an appropriated
an Immediately
a within Ten days
The last day For Filing
~~double cost~~
Continue. Primary, Facts, Parties, Condon

a covenant
a decision
a determination
a conclude
a no more
a case,
an order
warranty
a deed
continuing

notice:   a party: Edmundo N. Batoon

Date:

name: Edmundo N. Batoon
22313-050
Address: 4947 Valenzuela EXT
Sta Mesa, Manila
philippines

Date: April 6, 2023
again plus Twenty millions dollar
at least Three-Fourth of, an End, Plus Twenty millions dollars
a Rehearing, a Relief, a granted, an amended, an admitted, a conclude
a petition for a writ of Certiorari to a Review, a Case, a Judgment, a Reviewed
a good cause, a good Faith, June 16, 22, again notice; a Reversal, one, only or
a Jurisdiction to supreme court, a decision, one consider, one Final if
more than End of July, 2022 than, plus charged double cost all of...
For Time to Time shall be vested, ordain, establish, Courts, Congress, know
I will conduct myself, I will support The Constitution of The United Sta
I believe That I am entitled To Redress,   Since: 1993-2022, D.O.B. 1940